UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSTAFA FEHMI HAMDAN, RAYMOND FOUAD AZAR, <br><br>                    Plaintiff, <br><br>         -against- <br><br> THE UNITED NATIONS HEADQUARTERS, ET AL <br><br>                    Defendants. | 22-CV-8746 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2022
             New York, New York

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                  Chief United States District Judge